

# Court of Appeals
## Eleventh District of Texas

**JIM R. WRIGHT**
CHIEF JUSTICE

**MIKE WILLSON**
JUSTICE

**JOHN M. BAILEY**
JUSTICE

100 WEST MAIN STREET, SUITE 300
P. O. BOX 271
EASTLAND, TEXAS 76448

**SHERRY WILLIAMSON**
CLERK

**TELE: 254/629-2638**
**FAX: 254/629-2191**
sherry.williamson@txcourts.gov
www.txcourts.gov/11thcoa

February 5, 2015

M. Michele Greene
2833 Wildwood
Odessa, TX 79761
* DELIVERED VIA E-MAIL *

Michael Bloch, Assistant
Ector County District Attorney's Office
300 N. Grant, Room 305
Odessa, TX 79761
* DELIVERED VIA E-MAIL *

R. N. (Bobby) Bland, District Attorney
Ector County District Attorney's Office
300 N. Grant, Room 305
Odessa, TX 79761
* DELIVERED VIA E-MAIL *

**RE:**  Appellate Case Number:  11-14-00016-CR
Trial Court Case Number:     B-40,110
**Style:** Roy Allen Ostergren, Jr.
v. The State of Texas

The Court has this day **ABATED** the appeal in the above cause.  We have enclosed a copy of the Court's order.

Respectfully yours,

*Sherry Williamson*

Sherry Williamson, Clerk

cc:    John W. Smith, Judge (DELIVERED VIA E-MAIL)
District Clerk - 161st Ector County (DELIVERED VIA E-MAIL)